Decision Per Curiam.

---

William W. Foos, Frances E. Foos, his Wife, and Louise E. Sharley, Appellants, vs. Bryan Coker, Appellee.

## DIVISION B.

Appeal from Circuit Court, DeSoto county; Joseph B. Wall, Judge.

*Wilson & Wilson,* for Appellants.

*John H. Treadwell,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant and the defendants appeal. The decree is affirmed.